**Electronically Filed
Supreme Court
SCWC-30447
22-MAY-2012
09:12 AM**

NO. SCWC-30447

IN THE SUPREME COURT OF THE STATE OF HAWAII

---

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

GRANT Y. CUMMINS, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30447; CASE NO. 1DTA-09-05664)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, and McKenna, JJ.,
and Circuit Judge Nakasone, in place of Duffy, J., recused)

Petitioner/Defendant-Appellant's application for writ

of certiorari filed on April 13, 2012, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, May 22, 2012.

Earle A. Partington for                /s/ Mark E. Recktenwald
petitioner/defendant-appellant
on the application                     /s/ Paula A. Nakayama

                                       /s/ Simeon R. Acoba, Jr.

                                       /s/ Sabrina S. McKenna

                                       /s/ Karen T. Nakasone

